UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERT M. BELTRANO,

    Plaintiff,

v.                          Case No: 2:18-cv-425-FtM-99MRM

TRINITY FINANCIAL SERVICES, LLC, DAMIAN G. WALDMAN, ALDRIDGE/PITE, LLP, CHRISTOPHER T. PECK, NUSRAT MANSOOR, JOHN G. ALDRIDGE, JR. , STEVEN W. PITE, and US MORTGAGE RESOLUTION LLC.,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #7), filed September 17, 2018, recommending that that Complaint (Doc. #1) be dismissed for failure to prosecute. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge that the case should be dismissed.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #7) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice for failure to prosecute.

3. The Clerk shall enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __17th__ day of October, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties